United States District Court
Southern District of Texas
**ENTERED**
March 23, 2026
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CHRISTOPHER MATTHEW THIERRY | § | |
| | § | |
| VS | § | CIVIL ACTION NO. H-25-3765 |
| | § | |
| SECRETARY of HEALTH and | § | |
| HUMAN SERVICES, *et al* | § | |

## ORDER ADOPTING MEMORANDUM AND ORDER

Pending before the Court in the above referenced proceeding is Defendant's Motion to Dismiss (Doc. No. 15); and Magistrate Judge Bryan's Memorandum and Recommendation (Doc. No 18). Plaintiff did not file a timely response to the Motion to Dismiss as required by Rules 7.3 and 7.4 of the Local Rules of the Southern District of Texas. Nor did Plaintiff file objections to Magistrate Judge Bryan's Memorandum and Recommendation and the time for doing so has passed.

Upon review, the Court agrees with the Magistrate Judge's conclusion that Plaintiff failed to exhaust his administrative remedies and does not meet the jurisdictional minimum amount in controversy. Accordingly, the Court hereby

**ORDERS** that the Memorandum and Recommendation (Doc. No. 18) is **ADOPTED**, and Defendant, Secretary of Health and Human Services' Motion to dismiss (Doc. No. 15) is **GRANTED**.

Plaintiff's case is **DISMISSED** without prejudice.

Entry of this Order shall constitute entry of final judgment.

SIGNED on this ____23rd____ day of March 2026.

ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE